# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DERHENDA K. STRAUB  
967 NORTH CHURCH STREET  
ROCKFORD, IL  61103  

SSN-xxx-xx-3905

Case Number: 06-70266

Case filed on: 3/1/2006  
Plan Confirmed on: 5/12/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $8,114.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 3,350.44 | 3,350.44 | 3,350.44 | 0.00 |
|  | Total Legal | 3,350.44 | 3,350.44 | 3,350.44 | 0.00 |
| 003 | CODILIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AVON | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | UNITED HEALTHCARE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | OSF ST. ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DERHENDA K. STRAUB | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | HSBC MORTGAGE SERVICES | 10,118.30 | 10,118.30 | 493.00 | 0.00 |
| 004 | INTERSTATE FUNDING CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | WINNEBAGO CO SCHOOL CREDIT UNION | 5,100.81 | 5,100.81 | 3,286.12 | 499.74 |
|  | Total Secured | 15,219.11 | 15,219.11 | 3,779.12 | 499.74 |
| 001 | HOUSEHOLD MORTGAGE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ANN AGUSTSSON-MATHERS DO | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | AVON PRODUCTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CAMELOT RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDITORS PROTECTION AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DELTA DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DENNIS STRAUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ATTORNEY TERRY HOSS & | 370.00 | 370.00 | 0.00 | 0.00 |
| 018 | DR. WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MUTUAL MANAGEMENT SERVICES | 5,769.47 | 5,769.47 | 0.00 | 0.00 |
| 021 | OSF HEALTHPLAN, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | OSF ST. ANTHONY | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ROCK RIVER WATER RECLAMATION DIST | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ROCKFORD MERCANTILE AGENCY INC | 4,892.66 | 4,892.66 | 0.00 | 0.00 |
| 030 | C.B. ACCOUNTS | 157.47 | 157.47 | 0.00 | 0.00 |
| 031 | PORTFOLIO RECOVERY ASSOCIATES | 1,650.19 | 1,650.19 | 0.00 | 0.00 |
| 034 | US CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | WALGREENS | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | WINNEBAGO CO SCHOOL CREDIT UNION | 756.10 | 756.10 | 0.00 | 0.00 |
| 037 | DENNIS STRAUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | MUTUAL MANAGEMENT SERVICES | 190.87 | 190.87 | 0.00 | 0.00 |
| 039 | MUTUAL MANAGEMENT SERVICES | 36.69 | 36.69 | 0.00 | 0.00 |
|  | Total Unsecured | 13,823.45 | 13,823.45 | 0.00 | 0.00 |
|  | Grand Total: | 32,393.00 | 32,393.00 | 7,129.56 | 499.74 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $7,629.30 |
| Trustee Allowance: | $484.70 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008            By  /s/Heather M. Fagan